# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138639

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROGER CHASTON, JR,
      Defendant-Appellant.

SC: 138639
COA: 277987
Livingston CC: 04-014514-FH

_____/

On order of the Court, the application for leave to appeal the February 26, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, C.J., would grant leave to appeal for the reasons set forth in her opinion in *People v Idziak*, 484 Mich 549 (2009).

CAVANAGH, J., would grant leave to appeal to reconsider *People v Idziak*, 484 Mich 549 (2009).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009                _____

p0921                                 Clerk